Thomas J. Nolan (SBN: 48413)

**Nolan, Armstrong & Barton, LLP**
600 University Ave. \ Palo Alto, Ca. 94301
Tel. (650) 326-2980  Fax (650) 326-9704

Attorney for Defendant
Sharon Wang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-686 JW |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE TRIAL SETTING HEARING AND TO EXCLUDE TIME; ORDER [PROPOSED]** |
| SHARON WANG, HEATHER YIN, | |
| Defendants. | Date: Monday, November 28, 2011<br>Time: 1:30 p.m. |
| | Before The Honorable James Ware |

*IT IS SO ORDERED*
*Judge James Ware*

The government, Sharon Wang, and Heather Yin stipulate to continue the Trial Setting Hearing currently scheduled for Monday, November 28, 2011 at 1:30 p.m. for approximately sixty days, until Monday, January 30, 2012. This continuance is requested for two reasons. First, the request is made in order to allow for the effective preparation of all attorneys in this case. The government has to date provided defense counsel with nearly 40,000 pages of documents. Discussions are ongoing, and the parties anticipate that additional documents will be provided to defense counsel by the government. Second, the request is made in order to insure continuity of counsel, as Ms. Wang's attorney, Thomas J. Nolan, was on an extended medical leave of absence beginning in October and lasting until November 14, 2011.

---
**STIPULATION TO CONTINUE TRIAL SETTING HEARING AND TO EXCLUDE TIME; ORDER [PROPOSED]; CASE NO. CR 11-686 (JW)**
1

The parties accordingly stipulate that the time between November 28, 2011 and January 30, 2012 should be excluded under the Speedy Trial Act to allow for effective preparation of counsel and for continuity of counsel. *See* 18 U.S.C. § 3161 (h)(7)(A), 18 U.S.C. § 3161 (h)(7)(B)(i), 18 U.S.C. § 3161 (h)(7)(B)(iv).

Respectfully submitted,

NOLAN, ARMSTRONG & BARTON, LLP

Dated: November 21, 2011

/s/
_____
Thomas J. Nolan, Esq.
Attorney for Defendant
Sharon Wang

LAW OFFICES OF DORON WEINBERG

Dated: November 21, 2011

/s/
_____
Doron Weinberg
Attorney for Defendant
Heather Yin

Dated: November 21, 2011

/s/
_____
David Callaway
Assistant United States Attorney

## **ATTESTATION PER GENERAL ORDER 45**

I, Thomas J. Nolan, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Doron Weinberg and David Callaway have concurred with this filing.

# [PROPOSED] ORDER

Based upon the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the trial setting hearing currently scheduled to occur on Monday, November 28, 2011 at 1:30 p.m., for the captioned defendant is continued until Monday, January 30, 2012 at 1:30 p.m., and that the time between November 28, 2011 and January 30, 2012 is excluded under the Speedy Trial Act to allow for effective preparation of counsel and for continuity of counsel. *See* 18 U.S.C. § 3161 (h)(7)(A), 18 U.S.C. § 3161 (h)(7)(B)(i), 18 U.S.C. § 3161 (h)(7)(B)(iv).

Dated: November 22, 2011    _____
HON. JAMES WARE
United States District Court Judge