DORON WEINBERG (SBN 46131)
LAW OFFICES OF DORON WEINBERG
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703
Email: doronweinberg@aol.com

Attorney for Defendant
HEATHER YIN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HEATHER YIN, et. al.,<br><br>Defendants. | Case No. CR-11-0686 JW<br><br>STIPULATION PERMITTING INTERNATIONAL TRAVEL, AND TEMPORARY RETURN OF PASSPORT; (PROPOSED) ORDER |

IT IS HEREBY STIPULATED by and between the parties, Plaintiff United States of America, through Assistant United States Attorney David R. Callaway, and Defendant Heather Yin, through her attorney, Doron Weinberg, that Defendant may travel from the Northern District of California to Taiwan, on or after January 7, 2012 for the purpose of visiting with her grandparents and other family members in Taipei. While in Taiwan, Defendant will reside with her grandparents, and will be available through cell phone number +886 987 722 228. Defendant will return to the Northern District of California on or before January 26, 2012

This Stipulation is entered into with the consent of Defendant's surety Frank Chan, as reflected in the Declaration of Frank Chan appended hereto.

IT IS FURTHER STIPULATED that Defendant may obtain her passport from the Clerk of the Court on or before January 6, 2012 and shall return it to the Clerk's office no later than the

*IT IS SO ORDERED*
*Judge James Ware*

time of the next Court appearance in this matter, January 30, 2012 at 1:30 p.m.

While traveling, Defendant agrees to maintain contact as directed by the United States Pretrial Services Office.

Dated: December 30, 2011  LAW OFFICES OF DORON WEINBERG

/s/ Doron Weinberg
DORON WEINBERG

Attorney for Defendant
HEATHER YIN

Dated: December 30, 2011  MELINDA HAAG
United States Attorney

By: /s/ David R. Callaway
DAVID R. CALLAWAY
Assistant United States Attorney
Attorney for Plaintiff
United States of America

**IT IS SO ORDERED:**

Dated: January 3, 2012

HONORABLE JAMES WARE
Chief Judge, U.S. District Court