UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> SHUA WANG, a/k/a/ ) <br> SHARON WANG *et al* ) <br> ) <br> Defendants ) <br> _____ ) | No. CR 11-686 JW (NJV) <br><br> **[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE BRIEFING SCHEDULE REGARDING PROPOSED PROCEDURES FOR LITIGATING MOTION TO DISMISS** |

Based on a stipulation by all three parties, *to wit*: the United States and defendants Shua "Sharon" Wang and Heather Yen, the court ORDERS that the previously ordered statement of proposed procedures to be used in resolving an anticipated motion to dismiss the indictment shall be filed by the United States on or before Wednesday, March 14, 2012. Following said filing, the parties shall contact the court and set a hearing date.

IT IS SO ORDERED.


Date: March 1, 2012

_____
HONORABLE NANDOR J. VADAS
United States Magistrate Judge