```
1  DORON WEINBERG (SBN 46131)
   LAW OFFICES OF DORON WEINBERG
2  523 Octavia Street
   San Francisco, CA 94102
3  Telephone: (415) 431-3472
   Facsimile:  (415) 552-2703
4  Email: doronweinberg@aol.com

5
   Attorney for Defendant
6  HEATHER YIN
```

7              UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-11-0686 JW |
| Plaintiff, | STIPULATION PERMITTING INTERNATIONAL TRAVEL, AND TEMPORARY RETURN OF PASSPORT; (PROPOSED) ORDER |
| vs. | |
| HEATHER YIN, et. al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties, Plaintiff United States of America, through Assistant United States Attorney David R. Callaway, and Defendant Heather Yin, through her attorney, Doron Weinberg, that Defendant may travel from the Northern District of California to Taiwan, on or after May 15, 2012 for the purpose of attending the wedding of a close personal friend and business partner. While in Taiwan, Defendant will reside with her grandparents, and will be available through cell phone number +886 987 722 228. Defendant will return to the Northern District of California on or before June 8, 2012

This Stipulation is entered into with the consent of Defendant's surety Frank Chan, as reflected in the Declaration of Frank Chan appended hereto.

IT IS FURTHER STIPULATED that Defendant may obtain her passport from the Clerk of the Court on or before May 11, 2012 and shall return it to the Clerk's office no later than June

11, 2012.

While traveling, Defendant agrees to maintain contact as directed by the United States Pretrial Services Office.

Dated: April 25, 2012  　　LAW OFFICES OF DORON WEINBERG


　　　　　　　　　　　　　　　　　　/s/ Doron Weinberg
　　　　　　　　　　　　　　　　　DORON WEINBERG

　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　HEATHER YIN

Dated: April 25, 2012  　　MELINDA HAAG
　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　By: /s/ David R. Callaway
　　　　　　　　　　　　　　　　　DAVID R. CALLAWAY
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　United States of America

**IT IS SO ORDERED:**

Dated: 04/30/2012　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. JAMES WARE
　　　　　　　　　　　　　　　　　Chief Judge, U.S. District Court

*IT IS SO ORDERED*
*Judge James Ware*