1  DORON WEINBERG (SBN 46131)
   LAW OFFICES OF DORON WEINBERG
2  523 Octavia Street
   San Francisco, CA 94102
3  Telephone: (415) 431-3472
   Facsimile:  (415) 552-2703
4  Email: doronweinberg@aol.com

   Attorney for Defendant
6  HEATHER YIN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )   **Case No. CR-11-0686 JSW**
                          )
         Plaintiff,       )   **STIPULATION PERMITTING**
                          )   **INTERNATIONAL TRAVEL, AND**
    vs.                   )   **TEMPORARY RETURN OF**
                          )   **PASSPORT; (PROPOSED) ORDER**
HEATHER YIN, et. al.,     )
                          )
         Defendants.      )
                          )
_____ )

IT IS HEREBY STIPULATED by and between the parties, Plaintiff United States of America, through Assistant United States Attorney John Hemann, and Defendant Heather Yin, through her attorney, Doron Weinberg, that Defendant may travel from the Northern District of California to Hong Kong and Taiwan, on or after December 10, 2012 for the purpose of visiting with family members during the holidays. While in Taiwan, Defendant will reside with her grandparents, and will be available through cell phone number +886 987 722 228. While in Hong Kong, Defendant will be staying with the family of Frank Chan, and will also be available at the above-referenced cell phone number.   Defendant will return to the Northern District of California on or before January 15, 2013.

This Stipulation is entered into with the consent of Defendant's surety Frank Chan whom Defendant will be traveling with.

IT IS FURTHER STIPULATED that Defendant may obtain her passport from the Clerk of the Court on or before December 7, 2012 and shall return it to the Clerk's office no later than January 17, 2013.

Josh Libby, Defendant Yin's Pretrial Services Officer, has indicated that he has no objection to the travel requested herein, as long as Ms. Yin maintains contact as directed with the U.S. Pretrial Services Office while she is away.

Dated: November 26, 2012      LAW OFFICES OF DORON WEINBERG

     /s/ Doron Weinberg
DORON WEINBERG

Attorney for Defendant
HEATHER YIN

Dated: November 26, 2012      MELINDA HAAG
United States Attorney

By: /s/ John Hemann
JOHN HEMANN
Assistant United States Attorney
Attorney for Plaintiff
United States of America

**IT IS SO ORDERED:**

Dated: November 29, 2012

HONORABLE JACQUELINE SCOTT CORLEY
MAGISTRATE JUDGE, U.S. DISTRICT COURT