DORON WEINBERG (SBN 46131)
LAW OFFICES OF DORON WEINBERG
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703
Email: doronweinberg@aol.com

Attorney for Defendant
HEATHER YIN

**FILED**

AUG 2 6 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> HEATHER YIN, et. al., <br><br> Defendants. | Case No. CR-11-0686 JSW <br><br> **STIPULATION PERMITTING INTERNATIONAL TRAVEL, AND TEMPORARY RETURN OF PASSPORT; (PROPOSED) ORDER** |

IT IS HEREBY STIPULATED by and between the parties, Plaintiff United States of America, through Assistant United States Attorney John Hemann, and Defendant Heather Yin, through her attorney, Doron Weinberg, that defendant may travel from the Northern District of California to Hong Kong and Taiwan, on or after September 9, 2013 for the purpose of celebrating her marriage to her fiancé, Frank Chan. While in Taiwan, Defendant will reside with her grandparents, and will be available through cell phone number +886 987 722 228. While in Hong Kong, Defendant will be staying with the family of Mr. Chan, who is also the surety for Ms. Yin in this matter. She will be available at the above-referenced cell phone number while she is in Hong Kong. Defendant will return to the Northern District of California on or before October 10, 2013.

IT IS FURTHER STIPULATED that defendant may obtain her passport from the Clerk

of the Court on or before September 9, 2013 and shall return it to the Clerk's office no later than October 11, 2013.

I have contacted Carol Mendoza, Ms. Yin's Pretrial Service Officer. Ms. Mendoza has stated that she has no objection to the requested travel. She has requested, however, that Ms. Yin provide her with a complete itinerary prior to traveling, as well as adhere to any additional requirements of pretrial services..

Dated: August 26, 2013    LAW OFFICES OF DORON WEINBERG


/s/ Doron Weinberg
DORON WEINBERG

Attorney for Defendant
HEATHER YIN

Dated: August 26, 2013    MELINDA HAAG
United States Attorney


By: /s/ John Hemann
JOHN HEMANN
Assistant United States Attorney
Attorney for Plaintiff
United States of America

**IT IS SO ORDERED:**

Dated: 8/26/2017

HONORABLE NATHANAEL COUSINS
MAGISTRATE JUDGE, U.S. DISTRICT COURT